IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCUS WHITE,

      Appellant,

v.
                                 Case No. 5D22-2178
                                 LT Case No. 2011-33680-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Marcus White, Monticello, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.